Print Form

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

# BILL OF COSTS

**NOTE: The Bill of Costs is due in this office within 14 days from the date of the opinion, See FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.**

ERIN THORNTON _____ v. CITY OF PLANO, TEXAS _____ No. 05-14-01120-CV

The Clerk is requested to tax the following costs against: Appellant, Erin Thornton

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/1/2015 9:24:02 AM
LISA MATZ
Clerk

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost | |
| Docket Fee ($500.00) | | | | | | | | | |
| Appendix or Record Excerpts | | | | | | | | | |
| Appellant's Brief | 5 | 37 | .1 | 18.5 | | | | | |
| Appellee's Brief | 29 | 45 | .1 | 130.5 | | | | | |
| Appellant's Reply Brief | 5 | 10 | .1 | 5.0 | | | | | |
| Other: Court Fee for Time Extensio | | | | 10.2 | | | | | |
| | | | Total $ | 164.2 | | | | | |

Costs are hereby taxed in the amount of $ _____ this _____ day of _____

LYLE W. CAYCE, CLERK

State of _____
County of _____

By _____

I, William W. Kroger, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was mailed to opposing counsel, with postage fully prepaid thereof. This _____ day of December, 2015.

_____
(Signature)

Attorney for _____

Costs are taxed in the amount of $ _____

**\*SEE REVERSE SIDE FOR RULES GOVERNING TAXATION OF COSTS**